# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Jakuta Diodes, LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No.  6:16-cv-01181-RWS** |
| v. | § § | |
| **Ledengin, Inc., a California corporation** | § § | **JURY TRIAL** |
| **Defendant.** | § § § | |

## NOTICE OF DISMISSAL

Plaintiff, Jakuta Diodes, LLC ("Plaintiff") hereby dismisses this entire action with prejudice, pursuant to FRCP 41(a)(i).

NOW, THEREFORE, Plaintiff, through its attorneys of record, requests this Court to dismiss the entire action with prejudice, pursuant to FRCP 41(a)(i).

DATED:  December 5, 2016           Respectfully submitted,

*/s/ Rasheed M. McWilliams*
Rasheed M. McWilliams
CA Bar No. 281832
rasheed@cotmanip.com
Daniel C. Cotman
CA Bar No. 218315
dan@cotmanip.com
Cotman IP Law Group, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX (626) 316-7577

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on December 5, 2016.

                                  __ *s/Rasheed M. McWilliams*____