# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Jakuta Diodes, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | **Case No. 6:16-cv-01181-RWS** |
| v. § | |
| § | |
| **Ledengin, Inc., a California corporation** § | **JURY TRIAL** |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Jakuta Diodes, LLC ("Plaintiff") announced to the Court that Plaintiff dismisses the entire action with prejudice. Plaintiff therefore requests that the Court dismiss this action with prejudice, pursuant to FRCP 41(a)(i). The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that the entire action is dismissed with prejudice.

All relief not previously granted is hereby DENIED.

The Clerk of the Court is directed to CLOSE this case.

**SIGNED this 9th day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE